# C-LOG MARINE LLC

**2510 14th Street, Suite 1425**
**Gulfport, MS 39501**
 **Phone # 601-951-3981**

# Invoice

| Invoice # | Date | Due Date |
|---|---|---|
| 2193 | 11/13/2017 | 11/20/2017 |

**Bill To**

**Quality First Marine**
**1254 N. Columbia Street**
**Covington, LA 70433**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Service Period 11.04.17 through 11.11.17 | | | |
| Manned Boat Charter - MV Sweet Sue | 5 | 750.00 | 3,750.00 |
| MV Sweet Sue - Fuel | 253.995 | 4.39 | 1,115.04 |
| Travel Expenses | | | |
| Mileage - Gulfport, MS to Key West, FL | 950 | 0.535 | 508.25 |
| | | **Total** | $5,373.29 |

**Balance Due**                    **$5,373.29**

EXHIBIT 1

# Sheet1

## Daily Vessel and Captain Information Log

| | |
|---|---|
| Date: | 11-4-17 |
| Name of Vessel: | Sweet Sue |
| Name of Captain: | Daniel Meek |
| Job Location: | Key West |
| Project Name: | RFM |
| Hours on Port Motor: | 389 |
| Hours on Current Service: | |
| Hours on Starboard Motor: | 880 |
| Hours on Current Service: | |
| Hours on Generator: | |
| Hours on Current Service: | |

## Daily Check List Items

| Daily Check List Items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

## Passenger and Company Sign In: (Please Print)

1)
2)
3)
4)
5)
6)
7)
8)
9)
10)
11)
12)

# Sheet1

**Daily Vessel and Captain Information Log**

Date: 11-5-17
Name of Vessel: Sweet Sue
Name of Captain: Daniel Meeks
Job Location: Key West
Project Name: QFM
Hours on Port Motor: 395.6
Hours on Current Service:
Hours on Starboard Motor: 886
Hours on Current Service:
Hours on Generator:
Hours on Current Service:

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props, nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

**Passenger and Company Sign In: (Please Print)**

1) Steven Kinsler
2) Craig A Fox, LT
3) Chase J McLemphy
4) Patrick Horan MSTC
5) Shaun Strickland
6) Jeff Wilson
7) Elliott Cavanaugh
8) LORRAINE FREHMAN (FL)
9) KENNETH FREEMAN (FL)
10) Russell Smith (FL)
11) Bill Harrell
12)

# Daily Vessel and Captain Information Log

Date: 11-6-17
Name of Vessel: Sweet Sue
Name of Captain: Daniel Meek
Job Location: Key West
Project Name: OEM
Hours on Port Motor: 832
Hours on Current Service:
Hours on Starboard Motor: 839
Hours on Current Service:
Hours on Generator:
Hours on Current Service:

## Daily Check List items

| | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props, nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

## Passenger and Company Sign In: (Please Print)

1) Chris Malamphy
2) William Wilson
3) Steven Kinslow
4) Shawn Strickland
5) Jackson Verch
6) Russell Smith
7) Brian Moehler
8) Kenneth Freeman
9) Elliot Cavanaugh
10) Lorraine Frohman
11) Patrick Horan
12) Jonathan Shipperley

## Sheet1

**Daily Vessel and Captain Information Log**

Date: 11-7-17
Name of Vessel: Street Sue
Name of Captain: Donelmer
Job Location: Key West
Project Name: EPA
Hours on Port Motor: 40
Hours on Current Service:
Hours on Starboard Motor: 837
Hours on Current Service:
Hours on Generator:
Hours on Current Service:

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

**Passenger and Company Sign In: (Please Print)**

1) SHAWN STRICKLAND   EPIC
2) Tyler Kingston - EPIC
3) Chase malumph, -EPIC
4) William Wilson - EPIC
5) Scoor Serva - EPIC
6) John Leblanc Environ/mal
7) Jody Totter   Couvillion
8) Michal Corral   Couvillion
9) Kevin Fletcher   Couvillion
10) Jaime Mick   Couvillion
11) Partrick Pizzo   USCG
12) Jonathan Shipherd   USCG
13) LORRAINE FROHMAN   USCG
14) Elliott Cavanaff   USCG
15. STEVE CASKEY   Couvillion

# Sheet1

**Daily Vessel and Captain Information Log**

| | |
|---|---|
| Date: | 11-8-17 |
| Name of Vessel: | Sweet Sue |
| Name of Captain: | Daniel Meek |
| Job Location: | Key West |
| Project Name: | QEM |
| Hours on Port Motor: | 920 |
| Hours on Current Service: | |
| Hours on Starboard Motor: | 839 9/0 |
| Hours on Current Service: | |
| Hours on Generator: | |
| Hours on Current Service: | |

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | | | |

**Passenger and Company Sign In: (Please Print)**

1) PATRICK HORAN
2) Russell Smith
3) LORRAINE FRIXHMAN
4)
5)
6)
7)
8)
9)
10)
11)
12)

Receipt of Purchase (Copy)
Exc. Tax

# Sunset Marina Ships Store

Dream Catcher Enterprises Main Store
5555 College RD
Key West
Florida
33040
www.sunsetmarinakw.com

Items:

| Product | Price | Qty | Total |
|---------|-------|-----|-------|
| Rec 90 | $1,115.04 | 1 | $1,115.04 |

Total Qty: 1

| | |
|---|---|
| Sub Total: | $1,115.04 |
| Tax: | $0.00 |
| Date: | 11/09/2017 6:10:56 pm |
| Staff: | Paulette Barret |
| Device: | The Store Register |
| Total: | $1,115.04 |

Tenders
Mercury EMV:     $1,115.04
- Change:          $0.00



```
SEQ# 9228   Time 7:17pm   Date 11-09-17
PUMP # 7                      UNLEADED
PRICE - CASH              $ 4.390 / GAL
GALLONS                   253.995 GAL
TOTAL PAID         $ 1115.04
```

## THANK YOU

# C-LOG MARINE LLC

**2510 14th Street, Suite 1010**
**Gulfport, MS 39501**
 **Phone # 601-951-3981**

# Invoice

| Bill To |
|---|
| **Quality First Marine**<br>**1254 N. Columbia Street**<br>**Covington, LA 70433** |

| Invoice # | Date | Due Date |
|---|---|---|
| **2194** | **11/17/2017** | **11/24/2017** |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Service Period 11.09.17 through 11.15.17 | | | |
| Manned Boat Charter - MV Sweet Sue | 6 | 750.00 | 4,500.00 |

| | **Total** | $4,500.00 |
|---|---|---|

**Balance Due**                     **$4,500.00**

## Daily Vessel and Captain Information Log

Date: 11-9-17
Name of Vessel: Sweet Sue
Name of Captain: Daniel Meek
Job Location: Key West
Project Name: QFM
Hours on Port Motor: 915
Hours on Current Service: 50
Hours on Starboard Motor: 424
Hours on Current Service: 50
Hours on Generator:
Hours on Current Service:

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props, nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | | | |

### Passenger and Company Sign In: (Please Print)

1) PATRICK HORAN - USGG
2) Maurice Mack - Couvillion
3) Michael Carroll - Couvillion
4) William Wilson - Epic
5) Trevor Dewis - Epic
6) SHAWN STRICKLAND EPIC
7) Chase McLaumphy ED.C
8) Steven Kingler EPIC
9) Kevin Fletcher Couvillion
10) STEVEN CASKEY Couvillion
11) Russell Smith - USCG
12) Tony WINSTEAD - USCG
LORRAINE FROHMAN - USCG   JOHN LEBLANC COUVILLION

N 24 56124
81 78191

Blain Couvile   Zealous
Elliott Cavanagh

# Sheet1

## Daily Vessel and Captain Information Log

Date: *11-10-17*
Name of Vessel: *Sweet Sue*
Name of Captain: *Danie Meek*
Job Location: *Key West*
Project Name: *SFM*
Hours on Port Motor: *445*
Hours on Current Service:
Hours on Starboard Motor: *947*
Hours on Current Service:
Hours on Generator:
Hours on Current Service:

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

## Passenger and Company Sign In: (Please Print)

1)
2)
3)
4)
5)
6)
7)
8)
9)
10)
11)
12)

**Daily Vessel and Captain Information Log**

| | |
|---|---|
| Date: | 11 - 12 - 17 |
| Name of Vessel: | Sweet Sue |
| Name of Captain: | Daniel Meek |
| Job Location: | Key West |
| Project Name: | QI-M |
| Hours on Port Motor: | 450 |
| Hours on Current Service: | |
| Hours on Starboard Motor: | 943 |
| Hours on Current Service: | |
| Hours on Generator: | Honda |
| Hours on Current Service: | |

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

**Passenger and Company Sign In: (Please Print)**

1) Russell Smith    Russell Smith
2) Joshua Davis    Joshua C. Davis
3)
4)
5)
6)
7)
8)
9)
10)
11)
12)

# Sheet1

## Daily Vessel and Captain Information Log

Date: **11-13-17**
Name of Vessel: **Sweet Sue**
Name of Captain: **Daniel Meek**
Job Location: **Key West**
Project Name: **QRM**
Hours on Port Motor: **451**
Hours on Current Service:
Hours on Starboard Motor: **944**
Hours on Current Service:
Hours on Generator: **Honda**
Hours on Current Service:

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props, nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

## Passenger and Company Sign In: (Please Print)

1) LORRAINE FROHMAN / USCG
2) PATRICK HOWELL / USCG
3) Elliott CAVANAUGH / USCG
4)
5)
6)
7)
8)
9)
10)
11)
12)

# Sheet1

## Daily Vessel and Captain Information Log

| | |
|---|---|
| Date: | 11-14-17 |
| Name of Vessel: | Sweet Sue |
| Name of Captain: | Daniel Meek |
| Job Location: | Key West |
| Project Name: | QFM |
| Hours on Port Motor: | 40 |
| Hours on Current Service: | 60 |
| Hours on Starboard Motor: | 953 |
| Hours on Current Service: | 60 |
| Hours on Generator: | Honda |
| Hours on Current Service: | |

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

## Passenger and Company Sign In; (Please Print)

1) CWO HOWELL / USCG
2) MSTC HORAN / USCG
3) BMC PATTERSON / USCG
4) MST1 FROTHMAN / USCG
5)
6)
7)
8)
9)
10)
11)
12)

## Sheet1

**Daily Vessel and Captain Information Log**

| | |
|---|---|
| Date: | 11-15-17 |
| Name of Vessel: | Sweet Sue |
| Name of Captain: | Daniel Meek |
| Job Location: | Key West |
| Project Name: | OI-M |
| Hours on Port Motor: | 464 |
| Hours on Current Service: | 64 |
| Hours on Starboard Motor: | 957 |
| Hours on Current Service: | 64 |
| Hours on Generator: | |
| Hours on Current Service: | |

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props, nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

**Passenger and Company Sign In: (Please Print)**

1) Cody Potter    Couvillion
2) Michael Carrel    Couvillion
3) Noah Hendry    Couvillion
4) Mryira Mock    Couvillion
5) John LeBlanc
6)
7)
8)
9)
10)
11)
12)

# C-LOG MARINE LLC

**2510 14th Street, Suite 1010**
**Gulfport, MS 39501**
**Phone # 601-951-3981**

# Invoice

| Invoice # | Date | Due Date |
|-----------|------|----------|
| 2196 | 11/22/2017 | 11/29/2017 |

**Bill To**

**Quality First Marine**
**1254 N. Columbia Street**
**Covington, LA 70433**

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Service Period 11.16.17 through 11.19.17 | | | |
| Manned Boat Charter - MV Sweet Sue | 4 | 750.00 | 3,000.00 |
| | | **Total** | $3,000.00 |

**Balance Due**                    **$3,000.00**

# Sheet1

**Daily Vessel and Captain Information Log**

| | |
|---|---|
| Date: | 11-16-17 |
| Name of Vessel: | Scieet Sue |
| Name of Captain: | Daniel Meek |
| Job Location: | Keywest |
| Project Name: | ) FM |
| Hours on Port Motor: | 469 |
| Hours on Current Service: | 69 |
| Hours on Starboard Motor: | 961 |
| Hours on Current Service: | 69 |
| Hours on Generator: | Honda |
| Hours on Current Service: | |

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

**Passenger and Company Sign In: (Please Print)**

1) Cody Potter     Couvillion
2)
3)
4)
5)
6)
7)
8)
9)
10)
11)
12)

# Sheet1

## Daily Vessel and Captain Information Log

| | |
|---|---|
| Date: | 11-17-17 |
| Name of Vessel: | Screet Sue |
| Name of Captain: | Daniel Meek |
| Job Location: | Key West |
| Project Name: | QEM |
| Hours on Port Motor: | 474 |
| Hours on Current Service: | |
| Hours on Starboard Motor: | 9166 |
| Hours on Current Service: | |
| Hours on Generator: | |
| Hours on Current Service: | |

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

## Passenger and Company Sign In: (Please Print)

1) Laurice Mack
2) Chase Murmupho
3) Steven Kinslow - EPK Divers
4) SHAWN STRICKLAND EPK
5) Yared Wark
6) Michael Correll
7)
8)
9)
10)
11)
12)

## Sheet1

### Daily Vessel and Captain Information Log

| | |
|---|---|
| Date: | 11-18-17 |
| Name of Vessel: | Sweet-sue |
| Name of Captain: | Daniel meeks |
| Job Location: | Key west |
| Project Name: | QEM |
| Hours on Port Motor: | 980 |
| Hours on Current Service: | 80 |
| Hours on Starboard Motor: | 958 |
| Hours on Current Service: | 80 |
| Hours on Generator: | |
| Hours on Current Service: | |

### Daily Check List items

| | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

### Passenger and Company Sign In: (Please Print)

1) Cody Potty  Couvillion
2) Joel Verdin  Couvillion
3) Shaun Bristian  E42
4) William Wilson  EPIC
5) Steven Kissler  EPIC
6) Chase Halomphy  EPIC
7) Mauna Mark  Couvillion
8) Roger Reta  EPIC
9)
10)
11)
12)

# Sheet1

**Daily Vessel and Captain Information Log**

| | |
|---|---|
| Date: | 11-19-17 |
| Name of Vessel: | Sweet Sue |
| Name of Captain: | Danielmeek |
| Job Location: | Key West |
| Project Name: | SEM |
| Hours on Port Motor: | 990 |
| Hours on Current Service: | 90 |
| Hours on Starboard Motor: | 982 |
| Hours on Current Service: | 90 |
| Hours on Generator: | Honda |
| Hours on Current Service: | |

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props, nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

**Passenger and Company Sign In: (Please Print)**

| | | |
|---|---|---|
| 1) | Noel Venulin | Couvillion |
| 2) | Coby Potter | Couvillion |
| 3) | Patrick Horan, MSTC | USCG |
| 4) | Russ Smyth | USCG |
| 5) | Rene Peña | USCG |
| 6) | ADAM LONG | USCG |
| 7) | L. FROYMAN | USCG |
| 8) | Scott Smith | USCG |
| 9) | AMY HAMILTON | USCG |
| 10) | | |
| 11) | | |
| 12) | | |

# C-LOG MARINE LLC

**2510 14th Street, Suite 1010**
**Gulfport, MS 39501**
 **Phone # 601-951-3981**

# Invoice

| Invoice # | Date | Due Date |
|-----------|------|----------|
| 2198 | 11/22/2017 | 11/22/2017 |

**Bill To**

**Quality First Marine**
**1254 N. Columbia Street**
**Covington, LA 70433**

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Service Period 11.20.17 | | | |
| Manned Boat Charter - MV Sweet Sue | 1 | 750.00 | 750.00 |

| | Total | $750.00 |
|--|-------|---------|

**Balance Due**     **$750.00**

# Sheet1

**Daily Vessel and Captain Information Log**

| | |
|---|---|
| Date: | 11-20-19 |
| Name of Vessel: | Sweet Sue |
| Name of Captain: | Daniel Meek |
| Job Location: | Key West |
| Project Name: | QFM |
| Hours on Port Motor: | |
| Hours on Current Service: | 998 |
| Hours on Starboard Motor: | 98 |
| Hours on Current Service: | 980 |
| Hours on Generator: | 98 |
| Hours on Current Service: | Honda |

| Daily Check List items | Yes | No | Amount |
|---|---|---|---|
| Engine Oil checked prior to departure: | ✓ | | |
| Amount of engine oil added: | | ✓ | |
| Generator oil checked prior to departure: | ✓ | | |
| Amount of generator oil added: | | ✓ | |
| Check props,nuts, and cotter pins: | ✓ | | |
| Fuel Log Current : | ✓ | | |
| Maintenance Log Current: | ✓ | | |
| Nav Lights Functioning: | ✓ | | |
| Horn Functioning: | ✓ | | |
| PFD's- Number on board : | ✓ | | |
| Fire Extinguishers Current: | ✓ | | |
| Flares Current: | ✓ | | |
| First Aid Kit Stocked: | ✓ | | |
| Anchor and Line: | ✓ | | |
| Bilge area free of standing water and debris: | ✓ | | |
| Batteries charged : | ✓ | | |
| Electronics Working Properly: | ✓ | | |
| Steering Working Properly: | ✓ | | |
| Housekeeping Maintained: | ✓ | | |

**Passenger and Company Sign In: (Please Print)**

1) Cody Potter          Coppei 11.on
2) Noel Verlotin        Cassillac
3) Jessy Smith          USCG
4)
5)
6)
7)
8)
9)
10)
11)
12)